PER CURIAM.
Affirmed. See Interpool, Ltd. v. Through Transport Mut. Ins. Ass’n, 635 F.Supp. 1503, 1505 (S.D.Fla.1985); Gilman v. Butzloff, 155 Fla. 888, 22 So.2d 263 (1945); Amour & More N. Am. Licensing, Inc. v. Zammatta, 659 So.2d 1387, 1388 (Fla. 3d DCA 1995); Shreve Land Co. v. J & D Fin. Corp., 421 So.2d 722, 724 (Fla. 3d DCA 1982); Post Tensioned Engineering Corp. v. Fairways Plaza & Assocs., 412 So.2d 871, 875 n. 7 (Fla. 3d DCA 1982), review denied, 419 So.2d 1197 (Fla.1982).